David **DIXON**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. 63285.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 10, 1993.

Application to Transfer Denied
Dec. 21, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion filed after he pleaded guilty as a prior offender and Class X offender to second degree trafficking of drugs. We affirm, finding no clear error in such denial. Rule 84.16(b)(2).

We further find an opinion in this matter would have no precedential value and affirm by written order. Rule 84.16(b). We have provided the parties a memorandum for their use only.